Fill in this information to identify your case:

United States Bankruptcy Court for the:

Western District of Texas

Case number (*If known*): _____    Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  A & F Southwest Logistics, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   ▇▇▇3980

4. **Debtor's address**

   **Principal place of business**

   205 Hidden Crest Cir.
   Number    Street

   El Paso    TX    79912
   City    State    ZIP Code

   El Paso County
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)   _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | A & F Southwest Logistics, LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

4841

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
         District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
                                                     MM / DD / YYYY
         Case number, if known _____

| Debtor | A & F Southwest Logistics, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number      Street

_____

_____
City                              State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

   Contact name _____

   Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | A & F Southwest Logistics, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/01/2019
             MM / DD / YYYY

✖ /s/ Adrian Favila                           Adrian Favila
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✖ /s/ Carlos Miranda                          Date  08/01/2019
Signature of attorney for debtor                    MM / DD / YYYY

Carlos Miranda
Printed name

Miranda & Maldonado, PC
Firm name

5915 Silver Springs Bldg. 7
Number      Street

El Paso                                       TX         79912
City                                          State      ZIP Code

(915) 587-5000                                cmiranda@eptxlawyers.com
Contact phone                                 Email address

14199582                                      TX
Bar number                                    State

United States Bankruptcy Court
Western District of Texas

In re: A & F Southwest Logistics, LLC

Case No.

Chapter 7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/01/2019

/s/ Adrian Favila
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

AT&T
P.O. Box 13326
Austin, TX 78711


American Express
c/o Donald D. DeGrasse, Esq.
1800 Bering Drive, Suite 1000
Houston, TX 77057


Amerigas Propane, LP
8918 Gateway Blvd. East
El Paso, TX 79907


BMO Harris Bank, N.A.
c/o Ammar Dadabhoy, Esq., Wong Fleming
77 Sugar Creek Center Blvd., Suite 401
Sugar Land, TX 77478


Bank of Montreal
P.O. Box 3083
Cedar Rapids, IA 52406


Berkshire Hathaway Homestate Companies
P.O. Box 77029
Minneapolis, MN 55480


Blue Street Capital
2120 Main Street, Suite 160
Huntington Beach, CA 92648


Capital One Bank USA
P.O. Box 60599
City Of Industry, CA 91716


City of El Paso
5801 Trowbridge
El Paso, TX 79925

City of El Paso
P.O. Box 2992
El Paso, TX 79999-2992


City of El Paso
c/o Carmen I. Perez, Esq.
Delgado Acosta Spencer Linebarger & Pere
221 North Kansas St., Suite 1400
El Paso, TX 79901


Complete Distribution Services, Inc.
11150 Gateway Blvd. East
El Paso, TX 79927


Daw Pest Control
1525 E. Missouri AVe.
El Paso, TX 79902


De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087


De Lage Landen Financial Services
c/o Susan M. Forbes, Esq.
711 Myrtle Avenue
El Paso, TX 79901


FedEx
P.O. Box 660481
Dallas, TX 75266


Fleet Trailer Leasing
207 West Main St.m Suite 5
Lewistown, MT 59457


Fleet Trailer Leasing
c/o David Goode
Paladin Commercial Group, Inc.
12200 E. Briarwood Ave., Suite 250
Englewood, CO 80112

Forrest Tire
P.O. Box 1778
Carlsbad, NM 88221


Internal Revenue Service (IRS)
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346


Intructional Technologies
14511 NE 13th Ave., Suite 108
Vancouver, WA 98685


J.J. Keller & Associates, Inc.
P.O. Box 6609
Carol Stream, IL 60197-6609


JP Morgan Chase Bank, N.A.
P. O  Box 182051
Columbus, OH 43218


Johnson Controls
P.O. Box 371967
Pittsburgh, PA 15250


Kabbage
925B Peachtree Sreet NE, Suite 1688
Atlanta, GA 30309


National Funding, Inc.
9820 Town Centre Dr.
San Diego, CA 92121


National Funding, Inc.
c/o Stephanie Chau, Esq.
Salisian Lee LLP
550 South Hope Street, Suite 750
Los Angeles, CA 90071-2627

National Funding, Inc.
c/o Shannon E. Coleman
The Sayer Law Group, P.C.
925 East 4th Street
Waterloo, IA 50704-2363


Ordaz
P.O. Box 1121
Clint, TX 79836


Penske Truck Leasing El Paso
1201 North Mesa, Suite B
El Paso, TX 79902


Penske Truck Leasing El Paso
c/o Baker, Govern & Baker, Inc.
7771 West Oakland Parl Blvd.
Suite 150, Atrium West Building
Ft. Lauderdale, FL 33351


Premier Trailer Leasing, Inc
P.O. Box 206559
Dallas, TX 75320


Premier Trailer Leasing, Inc
c/o Karen D. Smith, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1301 McKinney Street, Suite 3700
Houston, TX 77010


Prepass
101 N. 1st Ave., Suite 2200
Phoenix, AZ 85003-1908


Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Sect
P.O. Box 13528
Austin, TX 78711-3528

Texas Gas Services
P.O. Box 219913
Kansas City, MO 64121


Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 East 15th Street
Austin, TX 78778


The Toll Roads
P.O. Box 57011
Irvine, CA 92619-7011


UniFi Equipment Finance
c/o Carlos Diaz, BARR Credit Services
5151 E. Broadway Blvd., Suite 800
Tucson, AZ 85711


United States Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530


United States Attorney, Civil Process Clerk
Department of Justice
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216


United States Trustee's Office
615 E. Houston, Ste. 533
P.O. Box 1539
San Antonio, TX 78295-1539


Verizon
P.O. Box 975544
Dallas, TX 75397


Verizon Network Fleet, Inc.
P.O. Box 975544
Dallas, TX 75397

Wex, Inc.
97 Darlin Ave.
South Portland, ME 04106


Wex, Inc.
c/o Ed Martin
Greenberg, Grant & Richards, Inc.
P.O. Box 571811
Houston, TX 77257

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western District of Texas

In re  A & F Southwest Logistics, LLC

Case No. _____

**Debtor**

Chapter ⁷_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 3,000.00

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 3,000.00

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

[ ] RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    [✔] Debtor      [ ] Other (specify)

3. The source of compensation to be paid to me is:

    [✔] Debtor      [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 08/01/2019 | /s/ Carlos Miranda, 14199582 |
| *Date* | *Signature of Attorney* |
| | Miranda & Maldonado, PC |
| | *Name of law firm* |
| | 5915 Silver Springs |
| | Bldg. 7 |
| | El Paso, TX 79912 |
| | cmiranda@eptxlawyers.com |